IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BAPTIST HEALTH D/B/A**
**BAPTIST HEALTH MEDICAL CENTER**                                       **PLAINTIFF**

**VS.**                            **4:04CV01243-WRW**

**TODD P. SMITH, M.D.**                                                   **DEFENDANT**
                                                                  **THIRD PARTY PLAINTIFF**

**VS.**

**ROBERT CASALI, M.D. and**
**CENTRAL ARKANSAS**
**VASCULAR SURGERY, P.A.**                                    **THIRD-PARTY DEFENDANTS**

## ORDER

On February 9, 2007 the Eighth Circuit reversed this Courts judgment against Defendants Robert Casali ("Casali") and Central Arkansas Vascular Surgery, P.A. ("CAVS") on the issue of indemnity and remanded this cause for further proceedings. Thus there is no longer a judgment against Casali and CAVS.

1. By Order entered January 10, 2006 the court approved a supersedeas bond from Casali in the amount of $227,416.63. By additional Order entered January 10, 2006 the Court authorized payment of $227,416.63 in to the registry of the Court by Casali and further directed that the Clerk accept the funds and deposit the sum in an interest baring account pending appeal.

2. By Order entered March 15, 2006, Casali's supersedeas bond was reduced by $12,629.24 the Court Clerk was directed to and did refund said amount to Casali.

3. The foregoing reason, the Court finds that the supersedeas bond posted by Casali should be and is hereby canceled, that the Court Clerk be and is hereby directed to refund to Casali $214,916.39 plus all interest earned on the deposit by Casali into the registry of the Court.

IT IS SO ORDERED this 5th day of April, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE



Approved by:

/s/ Stephen L. Gershner
Stephen L. Gershner AR # 78059
P.O. BOX 1300
LITTLE ROCK, ARKANSAS 72203
(501) 374-9977
TELEFAX: (501) 374-5917
*Attorneys for Robert Casali and*
*Central Arkansas Vascular Surgery P.A.*


/s/ Clayborne Stone
Clayborne Stone
Williams & Anderson
111 Center Street
Little Rock, AR 72201
*Attorneys for Todd Smith*