IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BAPTIST HEALTH D/B/A
BAPTIST HEALTH MEDICAL CENTER                                           PLAINTIFF

VS.                                  4:04CV01243-WRW

TODD P. SMITH, M.D.                                                      DEFENDANT/
                                                               THIRD-PARTY PLAINTIFF

VS.

ROBERT CASALI, M.D. and
CENTRAL ARKANSAS
VASCULAR SURGERY, P.A.                             THIRD-PARTY DEFENDANTS

AMENDED JUDGMENT

Consistent with the Court's Order dated April 17, 2007, Third-Party Plaintiff is
awarded contribution against Third-Party Defendants in the amount of two-thirds of
$158,770.93 plus interest.  Third-Party Plaintiff's indemnity claim is dismissed with
prejudice.  All other claims, including Third-Party Defendant's breach of contract claim,
have previously been dismissed with prejudice.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE